# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL P. MCMILLAN,<br><br>                Defendant. | **4:11CR3139**<br><br>**MEMORANDUM AND ORDER** |

Based upon the defendant's criminal history, which includes a history of assaultive behavior:

IT IS ORDERED that defendant's motion for release or for a weekend furlough while he awaits sentencing, (filing no. 44), is denied.

Dated this 27th day of June, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge